```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                     :
UNITED STATES OF AMERICA             :    INDICTMENT
                                     :
        - v. -                       :
                                     :    07 Cr.
LOUIS RODRIGUEZ,                     :
     a/k/a "El Gordito,"             :
                                          07CRIM. 677
        Defendant.                   :
------------------------------------x
```

COUNT ONE

The Grand Jury charges:

1. On or about October 18, 2006, in the Southern District of New York and elsewhere, LOUIS RODRIGUEZ, a/k/a "El Gordito," the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 841(a)(1), (b)(1)(C); Title 18, United States Code, Section 2.)

COUNT TWO

The Grand Jury further charges:

2. On or about ~~October~~ *CLL* December 6, 2006, in the Southern District of New York and elsewhere, LOUIS RODRIGUEZ, a/k/a "El Gordito," the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 841(a)(1), (b)(1)(C); Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION WITH RESPECT TO COUNTS ONE AND TWO

3.   As a result of committing the controlled substance offenses alleged in Counts One and Two of this Indictment, LOUIS RODRIGUEZ, a/k/a "El Gordito," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Indictment, representing the amount of proceeds obtained as a result of the narcotics offenses charged in Counts One and Two of this Indictment.

### Substitute Asset Provision

b.   If any of the above-described forfeitable property, as a result of any act or omission of LOUIS RODRIGUEZ, a/k/a "El Gordito," the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant, up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 853.)

_____   _____
FOREPERSON                  MICHAEL J. GARCIA
                            United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v -

LOUIS RODRIGUEZ,
a/k/a "El Gordito,"

Defendant.

**INDICTMENT**

07 Cr. __

(Title 18, United States Code, Section 2,
Title 21, United States Code, Section 841)

Michael J. Garcia
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

7/24/07 [handwritten notations, largely illegible]