USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 19, 2007

By Facsimile

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

RECEIVED
SEP 2 0 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S D N.Y.

Re: United States v. Louis Rodriguez, a/k/a "El Gordito,"
    07 Cr. 677 (HB)

Dear Judge Baer:

The conference scheduled before Your Honor in the above-captioned matter was adjourned from September 7, 2007 until October 4, 2007. The Government and defense counsel are continuing to engage in discussions regarding a possible disposition of this matter, and therefore request that time be excluded between the date of this letter and October 4, 2007. The parties submit that the ends of justice served by taking this action outweigh the public's and the defendant's interest in a speedy trial because this exclusion will allow the parties to continue to engage in plea discussions and possibly reach a disposition of this matter.

Time is excluded to term of PTC on Oct 4, 07

SO ORDERED:

/s/ Harold Baer
Harold Baer, Jr., U.S.D.J.
Date: 10/2/07

Sincerely,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Christopher L. LaVigne
Christopher L. LaVigne
Assistant United States Attorney
Tel: (212) 637-2325

cc: Mark Cohen (by facsimile)

TOTAL P.02