# JEFFREY G. PITTELL
ATTORNEY AT LAW

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

MAHER & PITTELL, LLP
299 East Shore Road
Great Neck, New York  11023
*www.jpittell.com*

Tel  (516) 829-2299
Fax  (516) 977-3003
Email  *jp@jpittell.com*

February 6, 2008

Hon. Harold Baer, Jr.
U.S. District Court
500 Pearl St
New York, NY 10007

Re:    *U.S v. Rodriguez*
       07 cr 677 (HB)

Dear Judge Baer:

We are counsel to Louis Rodriguez, the defendant in the defendant in the above referenced matter.

Currently, the case is scheduled for a status conference on February 7, 2008.

By this letter, we respectfully request an adjournment of the status conference until March 25, 2008 at 2pm.  We are in the process of reviewing recently received discovery which was not included the file provided by prior counsel.  In addition, we are engaged in plea negotiations with the Government.

In light of the foregoing, we respectfully request an adjournment of Mr. Rodriguez' sentencing.

Please be further informed that the Government consents to this request and we agree to an exclusion of speedy trial time from February 7th through the adjourn date.

Respectfully submitted,

Jeffrey G. Pittell

cc:    AUSA Christopher LaVigne
       Louis Rodiriguez

SO ORDERED

Harold Baer, Jr., U.S.D.J.

Date:

Endorsement:

The Law Journal spells out the 48 hour requirements for adjournment requests neither you nor the Government is exempt to my knowledge and I'd like some more info on what the future holds.  Please be here.