```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x
                                  :

UNITED STATES OF AMERICA    :

            - v. -              :         ORDER

LOUIS RODRIGUEZ,                 :         07 Cr. 677(HB)

           Defendant.    :

- - - - - - - - - - - - - - - - - -x

       WHEREAS, with the defendant's consent, his guilty plea allocution was taken before United States Magistrate Judge Michael H. Dolinger on March 13, 2008;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
           March 27, 2008

*[Handwritten note: This is generally done at sentencing & a little note is placed on the record but this order will do.]*

_____
HONORABLE HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE