

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08
```

U.S. Department of Justice

**United States Attorney**
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 10, 2008

RECEIVED
JUN 10 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

**By Facsimile – 212-805-7901**

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    United States v. Louis Rodriguez, a/k/a "El Gordito,"
              07 Cr. 677 (HB)

Dear Judge Baer:

      I write to request a brief adjournment of sentencing in the above-captioned matter, which presently is set for Thursday, June 12, 2008. The reason for this request is that I have an oral argument and pre-trial conference in United States v. George Frank Myles, Jr., 07-20930-Ungaro on Thursday, June 12, 2008. This case is pending in the United States District for the Southern District of Florida (in Miami). As a result, I will be out of this District in Miami on Wednesday evening and Thursday of this week.[1]

      I have spoken with the Court's deputy and understand that there may be available dates and times the following week to schedule this sentencing, and defense counsel and I are available Monday through Thursday. I also understand that there are available times in August to schedule the sentencing. Defense counsel does not object to postponing the sentencing of the defendant until August.

---

[1]    United States v. George Frank Myles, Jr., 07-20930-Ungaro was charged in this District, but was transferred by the Honorable Paul A. Crotty to the United States District Court for the Southern District of Florida in October 2007, pursuant to Federal Rule of Criminal Procedure 21. Trial is presently set for early August 2008 and will likely last about four weeks. The oral argument relates to several motions *in limine* that were filed in advance of trial.

   In the event the Court is unable to accommodate this request, I have already made arrangements for another AUSA from my Office who is familiar with this case and investigation to attend the sentencing.

           Sincerely,

           MICHAEL J. GARCIA
           United States Attorney

        By: _____
          Christopher L. LaVigne
          Assistant United States Attorney
          Tel: (212) 637-2325

cc: Jeffrey Pittell (by facsimile)

*[Handwritten note from Judge:]* Let's do August as long as there is no objection — August 7, 08 at 12:30.

*[Signed]* Harold Baer, Jr., U.S.D.J.
Date: 6/10/08

Endorsement:

    Let's do August so long as there is no objection - August 7, 2008 at 12:30 P.M.